**MAGNOLIA PETROLEUM COMPANY v. Fred E. SUITS et al.**

No. 338.

Circuit Court of Appeals, Tenth Circuit.

Jan. 19. 1931.

See, also (D. C.) 31 F.(2d) 205; (C. C. A.) 40 F.(2d) 161; (C. C. A.) 43 F.(2d) 280.

B. B. Blakeney, of Oklahoma City, Okl., for appellant.

Suits & Disney, Allen & Jarman, and Everest, Dudley & Brewer, all of Oklahoma City, Okl., and Wilbur J. Holleman, of Tulsa, Okl., for appellees.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 19, 1931, per stipulation, at costs of appellant.

**MALJAMAR OIL and GAS CORPORATION v. Tom SMITH.**

No. 330.

Circuit Court of Appeals, Tenth Circuit.

March 9, 1931.

J. D. Atwood, of Roswell, N. M., for appellant.

Caswell S. Neal, of Carlsbad, N. M., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed March 9, 1931, per stipulation, at costs of appellant.

**MARMON TOLEDO CO. v. MONOGRAM LENS CORP.**

No. 5516.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1931.

Paul, Paul & Moore, of Minneapolis, Minn., Whittemore, Hulbert, Whittemore & Belknap, of Detroit, Mich., and Alfred C. Hirth, of Toledo, Ohio, for appellant.

Owen & Owen and Braselton, Whitcomb & Davies, all of Toledo, Ohio, for appellee.

PER CURIAM.

Dismissed by court order pursuant to agreement of counsel.

**MOSES–ROSENTHAL CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 4407.

Circuit Court of Appeals, Seventh Circuit.

May 25, 1931.

Clarence N. Goodwin, of Washington, D. C., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., J. Louis Monarch and John MacC. Hudson, Sp. Assts. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and De Witt M. Evans, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

Upon the authority of Duquesne Steel Foundry Co. v. Burnet, Commissioner, 51 S. Ct. 491, 75 L. Ed. ——, and Enameled Metals Co. v. Burnet, Commissioner, 51 S. Ct. 491, 75 L. Ed. ——, both decided by the United States Supreme Court April 27, 1931, the petition is dismissed for want of jurisdiction of this court.